IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD GENE SETTLER, JR., § | | |
| *Plaintiff,* § | | |
| VS. § | | CIVIL ACTION NO. 1:18-CV-295 |
| § | | |
| NANCY A. BERRYHILL, § | | |
| ACTING COMMISSIONER OF § | | |
| SOCIAL SECURITY, § | | |
| *Defendant.* § | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge was filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately granting the Commissioner's motion for summary judgment, affirming the decision of the Commissioner, and dismissing this action.

**SIGNED** this the 11 day of **January, 2019.**

_____
Thad Heartfield
United States District Judge